IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUANDRE CHILDRESS                                              PLAINTIFF

v.                              No: 3:25-cv-37-DPM

RUSSELL BRINSFIELD, Law
Enforcement Officer, Jackson
County Detention Center; and
JASON TUBBS, Law Enforcement
Officer, Jackson County
Detention Center                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Childress hasn't updated his address; and the time do so has passed. *Doc. 6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2025