IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

QUANDRE CHILDRESS                                                PLAINTIFF

v.                              No: 3:25-cv-37-DPM

RUSSELL BRINSFIELD, Law
Enforcement Officer, Jackson
County Detention Center; and
JASON TUBBS, Law Enforcement
Officer, Jackson County
Detention Center                                                DEFENDANTS

JUDGMENT

Childress's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2025